UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOEY COPOUS, JR., #510560,<br>Plaintiff | CIVIL DOCKET NO. 1:21-CV-00038-P |
| VERSUS | JUDGE DAVID C. JOSEPH |
| NATCHITOCHES PARISH<br>DETENTION CENTER, ET AL,<br>Defendants | MAGISTRATE JUDGE JOSEPH H.L.<br>PEREZ-MONTES |

### J U D G M E N T

For the reasons contained in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 13], noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that Plaintiff's Complaint [ECF No. 6] and Amended Complaint [ECF No. 11] are DENIED and DISMISSED WITH PREJUDICE under 28 U.S.C. §§ 1915(e)(2)(b) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS, DONE AND SIGNED in Chambers on this 3rd day of May 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE