CLERK, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
TOM STAGG UNITED STATES COURT HOUSE
300 FANNIN ST., SUITE 1167
SHREVEPORT, LOUISIANA 71101-3083

OFFICIAL BUSINESS

SHREVEPORT LA 710
4 MAY 2021 PM

US POSTAGE $000.51
PITNEY BOWES
MAY 04 2021
MAILED FROM ZIP CODE 71101

MIXIE 711 FE 1 0005/14/21
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 71101308399 *2365-10299-04-35

RECEIVED
MAY 17 2021
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

21-CV-0038 P
#14

## NOTICE FROM U.S. DISTRICT COURT - WESTERN DISTRICT OF LOUISIANA

Joey Copous Jr (PrisID: 510560 )
Natchitoches Parish Detention Center
299 Edwina Dr
Natchitoches, LA 71457

---

Case: 1:21-cv-00038 #14
3 pages printed: Tue May 4 9:01:01 2021

---

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JOEY COPOUS, JR., #510560,<br>Plaintiff | CIVIL DOCKET NO. 1:21-CV-00038-P |
| VERSUS | JUDGE DAVID C. JOSEPH |
| NATCHITOCHES PARISH<br>DETENTION CENTER, ET AL,<br>Defendants | MAGISTRATE JUDGE JOSEPH H.L.<br>PEREZ-MONTES |

**JUDGMENT**

For the reasons contained in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 13], noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that Plaintiff's Complaint [ECF No. 6] and Amended Complaint [ECF No. 11] are DENIED and DISMISSED WITH PREJUDICE under 28 U.S.C. §§ 1915(e)(2)(b) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS, DONE AND SIGNED in Chambers on this 3rd day of May 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE

U.S. District Court

Western District of Louisiana

## Notice of Electronic Filing

The following transaction was entered on 5/4/2021 at 8:57 AM CDT and filed on 5/4/2021

**Case Name:** Copous v. Natchitoches Parish Detention Center et al

**Case Number:** 1:21-cv-00038-DCJ-JPM

**Filer:**

**WARNING: CASE CLOSED on 05/04/2021**

**Document Number:** 14

**Docket Text:**
JUDGMENT adopting [13] Report and Recommendations denying and dismissing[11] Amended Complaint filed by Joey Copous, Jr, [6] Complaint filed by Joey Copous, Jr. with prejudice under 28 U.S.C. §§ 1915(e)(2)(b) and 1915A. Signed by Judge David C Joseph on 5/3/2021. (crt,Roaix, G)